**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  15-cv-01762-REB

KAREN LEE SILVA,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

## FINAL JUDGMENT

---

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in

accordance with the **Order for Remand and Judgment** [#21] entered by Judge Robert

E. Blackburn on January 7, 2016, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the conclusion of the Commissioner through the Administrative Law

Judge that plaintiff was not disabled is **REVERSED**;

2.  That this matter is remanded to the Commissioner for further administrative

proceedings pursuant to sentence four of 42 U.S.C. § 405(g);

3.  That judgment enters in favor of plaintiff and against defendant in accordance

with Fed. R. Civ. P. 58 and consistent with the United States Supreme Court in ***Shalala***

***v. Schaefer***, 509 U.S. 292, 296-302, 113 S.Ct. 2625, 2628-32, 125 L.Ed.2d 239 (1993);

and

4.  That plaintiff is awarded her costs, to be taxed by the clerk of the court in the

time and manner required by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 and 28

U.S.C. § 2412(a)(1).

DATED at Denver, Colorado, this 8ᵗʰ day of January, 2016.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/ Kathleen Finney
      Kathleen Finney
      Deputy Clerk